NO. CAAP-15-0000815

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
ASSOCIATION OF APARTMENT OWNERS OF PALM VILLAS II,
Defendant-Appellant,
and
RICO VITANGCOL ESTACIO; ROWENA DESILOS ESTACIO AND
EWA BY GENTRY COMMUNITY ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 AND
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3210-12)

ORDER APPROVING THE MARCH 17, 2017
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal With Prejudice," filed on March 17, 2017, by Defendant-Appellant Association of Apartment Owners of Palm Villas II, the papers in support, and the record, it appears that (1) the appeal was docketed on December 3, 2015; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai‘i Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the

appeal; and (4) the parties agree to bear their own costs and attorneys' fees but for those allocated by separate agreement.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal, but for those allocated by separate agreement as referenced in the March 17, 2017 stipulation.

DATED: Honolulu, Hawai'i, March 23, 2017.

Presiding Judge

Associate Judge

Associate Judge

2